DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. 07-MJ-0325-DAD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| ANDREW E. WILSON, | ) | |
| Defendant. | ) | Date: November 20, 2007<br>Time: 2:00 p.m.<br>Judge: Dale A. Drozd |

    Defendant ANDREW E. WILSON, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, hereby stipulate that the preliminary hearing for ANDREW E. WILSON, set for November 8, 2007 be rescheduled for Tuesday, November 20, 2007 at 2:00 p.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

    Further, the defendant consents to an extension of the time for preliminary examination until November 20, 2007. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation.  The parties stipulate that this interest of justice outweighs the interest of the public and the defendants in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until November 20, 2007 or such time as either party may request a hearing for a purpose other than preliminary examination.

DATE: November 6, 2007                Respectfully Submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Dennis S. Waks
                                      Supervising Assist. Fed.
                                      Defender
                                      For ANDREW E. WILSON

DATE:  November 6, 2007               McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/  Dennis S. Waks for
                                      MICHELLE RODRIGUEZ
                                      Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: November 7, 2007.

                                      _____
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/wilson0325.stipord